January 30, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00069-CV

**TEXAS A&M UNIVERSITY DEPARTMENT OF TRANSPORTATION, PARKING SERVICES DEPARTMENT, Appellant**

**V.**

**JEFFREY RICHMOND REEVES AND TOM DAVID GRIMM, Appellees**

This cause, an accelerated interlocutory appeal from an order denying in part a plea to the jurisdiction in favor of appellee, Jeffrey Richmond Reeves, signed February 9, 2024, was heard on the appellate record. We have inspected the record and find error in the order. We therefore **REVERSE** the order of the court below in part and **REMAND** to the trial court to give Reeves an opportunity to amend his pleadings for the reasons provided in the court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

Judgment Rendered January 30, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered by Justice Farris